IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00976-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 107.2.178.58,

    Defendant.

## ORDER

THIS MATTER is before the Court on plaintiff, Malibu Media, LLC's, Notice Of Settlement And Voluntary Dismissal With Prejudice Of John Doe [ECF No. 13], filed on June 12, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**.

Dated: June 12, 2013.

                        BY THE COURT:

                        /s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior U.S. District Judge